IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JASON D. BUNCH d/b/a  CARFINDERS AUTO OUTLET | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 23-166 |
| The M/V TRAVELER, her engines, tackle, furniture, and appurtenances, etc., *In Rem*, | * * * * | IN ADMIRALTY  *IN REM* |
| Defendant. | * | |

**VERIFIED COMPLAINT OF JASON D. BUNCH d/b/a CARFINDERS AUTO OUTLET TO FORECLOSE SHIP MORTGAGE**

Jason D. Bunch d/b/a Carfinders Auto Outlet ("Bunch") files this verified complaint pursuant to Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure, as holder of a valid ship mortgage on the M/V TRAVELER, and alleges on information and belief, as follows:

1. This claim is within the jurisdiction of the United States and of this Honorable Court pursuant to 28 U.S.C. § 1333 and 46 U.S.C. §31325. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the *Federal Rules of Civil Procedure*.

2. At all material times, Bunch is and was an adult resident of Mobile County, Alabama, and is the holder of a valid preferred ship mortgage on the Defendant M/V TRAVELER.

3. The vessel M/V TRAVELER (Official No. 587377) was, and still is, a vessel which has been used in navigable waters and is now docked on Dog River in Mobile County, Alabama, within the jurisdiction of the United States and of this Honorable Court.

4. The record owner of the vessel M/V TRAVELER is Herbert V. Allen, III ("Allen").

5. On or about September 7, 2007, Allen executed in a promissory note in favor of First Community Bank in the principal amount of $440,000.00, plus interest (the "2007 Note"). (A true and correct copy of the 2007 Note is attached hereto and incorporated herein as Exhibit A.)

6. To secure payment of the 2007 Note and as collateral for same, on September 7, 2007, Allen also executed and delivered to First Community Bank a First Preferred Ship Mortgage covering the Defendant M/V TRAVELER (the "Mortgage"). (A true and correct copy of the Mortgage is attached hereto and incorporated herein as Exhibit B.) The Mortgage was duly recorded under the laws of the United States with the National Vessel Documentation Center ("NVDC"), U.S. Coast Guard, in accordance with 46 U.S.C. §31321, as Batch No. 605196, Document ID 7781905, on September 18, 2007 at 1030 hours. (Exhibit B.)

7. On or about November 10, 2011, the 2007 Note was renewed (the "2011 Note"). (A true and correct copy of the 2011 Note is attached hereto and incorporated herein as Exhibit C.) The 2011 Note was secured by the Mortgage. (Exhibit C.) The principal amount of the 2011 Note was $386,645.83. (Exhibit C.)

8. On or about May 30, 2012, the 2011 Note was amended (the "2012 Note"). (A true and correct copy of the 2012 Note is attached hereto and incorporated herein as Exhibit D.) The 2012 Note was secured by the Mortgage. (Exhibit D.) The principal amount of the 2012 Note was $380,122.01. (Exhibit D.)

9. On or about March 10, 2014, the 2012 Note was renewed (the "2014 Note"). (A true and correct copy of the 2014 Note is attached hereto and incorporated herein as Exhibit E.) The 2014 Note was secured by the Mortgage. (Exhibit E.) The principal amount of the 2014 Note was $360,332.44. (Exhibit E.)

10. On or about April 10, 2015, the 2014 Note was renewed (the "2015 Note"). (A true and correct copy of the 2015 Note is attached hereto and incorporated herein as Exhibit F.) The 2015 Note was secured by the Mortgage. (Exhibit F.) The principal amount of the 2015 Note was $343,832.44. (Exhibit F.)

11. On or about April 21, 2015, the 2015 Note was amended. (A true and correct copy of the April 21, 2015 Amendment is attached hereto and incorporated herein as Exhibit F-1.)

12. On or about June 14, 2017, the 2015 Note was renewed (the "2017 Note"). (A true and correct copy of the 2017 Note is attached hereto and incorporated herein as Exhibit G.) The 2017 Note was secured by the Mortgage. (Exhibit G.) The principal amount of the 2017 Note was $279,182.44. (Exhibit G.)

13. Also on or about June 14, 2017, the 2017 Note was amended. (A true and correct copy of the June 14, 2017 Amendment is attached hereto and incorporated herein as Exhibit G-1.)

14. On or about March 29, 2018, The First, a National Banking Association, successor by merger to First Community Bank, executed an "Allonge to Note" of the 2017 Note in favor of Snapper Pool I, LLC (the "2018 Allonge"). (A true and correct copy of the 2018 Allonge is attached hereto and incorporated herein as Exhibit H.)

15. Also on or about March 29, 2018, The First, a National Banking Association, successor by merger to First Community Bank, executed an "Assignment of First Preferred Ship Mortgage" and assigned the Mortgage to Snapper Pool I, LLC (the "2018 Mortgage Assignment"). (A true and correct copy of the 2018 Mortgage Assignment is attached hereto and incorporated herein as Exhibit I.) The 2018 Mortgage Assignment was duly recorded under the laws of the United States with the NVDC, U. S. Coast Guard, in accordance with 46 U.S.C. §31321, as Batch No. 51884000, Document ID 3, on April 4, 2018, at 1042 hours.

16. On or about May 25, 2018, the 2017 Note was amended (the "2018 Note"). (A true and correct copy of the 2018 Note is attached hereto and incorporated herein as Exhibit J.) The 2018 Note was secured by the Mortgage. (Exhibit J.) The principal amount of the 2018 Note was $383,026.10. (Exhibit J.)

17. On or about May 24, 2019, the 2018 Note was amended (the "2019 Note"). (A true and correct copy of the 2019 Note is attached hereto and incorporated herein as Exhibit K.) The 2019 Note was secured by the Mortgage. (Exhibit K.) The principal amount of the 2019 Note was $376,541.84. (Exhibit K.)

18. On or about September 10, 2020, Snapper Pool I, LLC executed an Allonge to the 2019 Note in favor of Jason D. Bunch d/b/a Carfinders Auto Outlet (the "2020 Allonge"). (A true and correct copy of the 2020 Allonge is attached hereto and incorporated herein as Exhibit L.) When the 2020 Allonge was executed, the principal amount of the 2019 Note was $351,263.41.

19. Also on or about September 10, 2020, Snapper Pool I, LLC executed an "Assignment of Mortgage" for the Mortgage in favor of Jason D. Bunch d/b/a Carfinders Auto Outlet (the "2019 Mortgage Assignment"). (A true and correct copy of the 2019 Mortgage Assignment is attached hereto and incorporated herein as Exhibit M.) The 2019 Mortgage Assignment was duly recorded under the laws of the United States with the NVDC, U. S. Coast Guard, in accordance with 46 U.S.C. §31321, as Batch No. 82268500, Document ID 2, on October 16, 2020, at 1814 hours.

20. Allen is in default under the 2019 Note and the Mortgage for failing to make payment of the principal and interest when due. The outstanding principal owed under the 2019 Note is $351,263.41. Accrued interest under the 2019 Note, as of May 5, 2023, totals $46,647.30,

and interest continues to accrue at the rate of $48.09 per diem.  Allen also owes all reasonable attorney's fees and costs of collection pursuant to the terms of the 2019 Note.

21. According to the records of the NVDC, other than the Mortgage, there are no unsatisfied liens recorded with the NVDC against the M/V TRAVELER.

22. Bunch has incurred and will incur reasonable attorneys' fees, collection costs and expenses in pursuit of the collection of the outstanding principal and interest due under the 2019 Note and the Mortgage.

23. The amounts owed Bunch constitute a preferred mortgage lien on the M/V TRAVELER pursuant to 46 U.S.C., §31325(b)(1), and Rule C of the Supplementary Rules for Admiralty on maritime claims, and Bunch is entitled to the priority accorded him as a matter of law.

24. All and singular, the premises are true and correct and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

WHEREFORE, Bunch respectfully requests:

1. That process in due form of law issue against Defendant M/V TRAVELER, Official No. 587377, *in rem*, pursuant to Rule C of the Supplemental Rules for Certain Admiralty or Maritime Claims, and that all persons claiming an interest in said vessel be cited to answer all and singular the matters aforesaid;

2. That the preferred mortgage of Bunch be declared a valid and existing preferred mortgage lien in the approximate principal amount of $351,263.41, together with interest and all amounts required to be disbursed for the care and preservation of said vessel, and that all costs, including attorneys' fees and expenses incurred by Bunch be awarded against said M/V

TRAVELER, and that the preferred mortgage lien of Bunch be declared prior to and superior to the claims and interests of all other persons, firms or entities herein;

3. That this Honorable Court enter a judgment in favor of Bunch against the M/V TRAVELER in the amount of its mortgage, together with interest, late charges, attorneys' fees, repossession costs, and that the M/V TRAVELER, her engines, tackle, furniture, appurtenances, etc. may be condemned and sold to pay the same in the principal amount of $351,263.41, plus interest, together with attorneys' fees, costs of court, pre and post-judgment interest at the highest rate allowed by law, and all other amounts as mentioned herein;

4. That it be decreed that any and all firms, persons or entities claiming any interest in the M/V TRAVELER are forever barred and foreclosed of and from all rights or equity or redemption or claim of, in, and to said vessel and every part thereof; and

5. That Bunch have such other, further, and different relief as justice may require.

Respectfully submitted this the 8th day of May, 2023.

        */s/ Paul T. Beckmann*
        PAUL T. BECKMANN    (BECKP0493)
        HAND ARENDALL HARRISON SALE LLC
        Post Office Box 123
        Mobile, AL  36601
        (251) 432-5511
        pbeckmann@handfirm.com
        Attorney for Plaintiff

**INSTRUCTIONS TO U. S. MARSHAL:**

**PLEASE ARREST DEFENDANT VESSEL NOW LOCATED AT THE GRAND MARINER MARINA, 6036 ROCK POINT ROAD, MOBILE, ALABAMA 36605.**

## VERIFICATION

STATE OF ALABAMA        )
COUNTY OF MOBILE        )

Personally appeared before me, the undersigned authority in and for said state and county, Jason D. Bunch, who after being duly sworn, did depose and say as follows:

That he is an adult resident of Mobile County, Alabama; that he has read the foregoing Complaint and he knows the contents thereof; and that the same are true and correct except those allegations made on information and belief and those he verily believes to be true; that the source of his information and the grounds of his belief are his personal knowledge and documents and information contained in the records of the Plaintiff.

_____
JASON D. BUNCH

Subscribed and sworn to before
me this 5th day of May, 2023.

_____
Notary Public
My Commission Expires:

Erika Cruz Rivers
Notary Public, Alabama State At Large
My Commission Expires 04/25/2027

