**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JASON D. BUNCH d/b/a** | * | |
| **CARFINDERS AUTO OUTLET** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No. 23-166** |
| | * | |
| **The M/V TRAVELER, her** | * | **IN ADMIRALTY** |
| **engines, tackle, furniture, and** | * | *IN REM* |
| **appurtenances, etc.,** *In Rem,* | * | |
| | * | |
| **Defendant.** | * | |

## <u>MOTION FOR DEFAULT JUDGMENT</u>

COMES NOW the Plaintiff, Jason D. Bunch d/b/a Carfinders Auto Outlet ("Bunch"), and pursuant to Rule 55 of the Federal Rules of Civil Procedure, moves this Honorable Court for entry of Default Judgment against the M/V TRAVELER (the "Vessel"). As grounds for this motion, the Plaintiff represents unto the Court, as follows:

1. This action was filed on May 8, 2023 [Doc. 1].

2. On May 12, 2023, the Vessel was served with the Complaint, Order and Warrant of Arrest [Doc. 8].

3. On June 1, 2023, Plaintiff filed a Motion to Direct Mode and Manner of Notice [Doc. 9] and a Motion to Order Publication of Action and Arrest [Doc. 10].

4. On June 28, 2023, the Court entered an Order Directing Mode and Manner of Notice [Doc. 14], wherein the Court ordered that service of the Verified Complaint in this action upon the Vessel and upon The Mariner, LLC d/b/a The Grand Mariner constituted actual notice of the commencement of this suit against the Defendant Vessel in accordance with the provisions of 46 U.S.C. § 31312(d)(1)(A).

5.      Also on June 28, 2023, the Court entered an Order for Publication of Action and Arrest [Doc. 15].  Thereafter, Plaintiff published the Notice of Action and Arrest of the Vessel in the *Lagniappe* on July 5, 2023, July 12, 2023, and July 19, 2023, and filed a proof of such publication with the Court [Doc. 17].  The 14-day deadline for filing claims against the Vessel ran on August 2, 2023.

6.      The Defendant has failed to plead or otherwise defend this action within the permitted time.

7.      No claim against the Vessel was asserted or otherwise filed by any third-party.

8.      The 2019 Note and the First Preferred Ship Mortgage are in default for failure of payment.  Plaintiff seeks entry of Default Judgment against the Vessel in the amount of $403,970.05, plus additional accrued interest, as set forth in the Affidavit of Jason D. Bunch, which is attached hereto and incorporated herein as Exhibit 1.

WHEREFORE, the premises considered, Plaintiff Jason D. Bunch d/b/a Carfinders Auto Outlet respectfully requests entry of Default Judgment against the M/V TRAVELER in the amount of $403,970.05, plus interest, costs, and such further and other relief the Court deems appropriate and just under the circumstances.[1]

Respectfully submitted this the 6th day of September, 2023.

/s/ Paul T. Beckmann
PAUL T. BECKMANN (BECKP0493)
HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, AL  36601
(251) 432-5511
pbeckmann@handfirm.com
Attorney for Plaintiff

---

[1] Plaintiff intends to seek Court approval regarding the anticipated U.S. Marshal sale of the Vessel, and requests the Court retain jurisdiction of this matter to address that issue.