IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASON D. BUNCH d/b/a CARFINDERS AUTO OUTLET, )<br><br>Plaintiff, )<br><br>v. )<br><br>The M/V TRAVELER, her engines, tackle, furniture, and appurtenances, etc., *In Rem*, )<br><br>Defendant. ) | CIV. ACT. NO. 1:23-cv-166-TFM-MU<br><br>IN ADMIRALTY<br>*IN REM* |

## ORDER

Pending before the Court is the *Motion to Dismiss Case* (Doc. 27, filed 1/22/24) filed by the Plaintiff Jason D. Bunch d/b/a Carfinders Auto Outlet. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). A request to dismiss an action requires a court order and dismissal by terms the court considers "proper" if Fed. R. Civ. P. 41(a)(1) does not apply. FED. R. CIV. P. 41(a)(2).

Though the document is styled a motion to dismiss, no answer or motion for summary judgment has been filed. Consequently, by operation of Fed. R. Civ. P. 41(a)(1)(A)(i), this action has been in accordance with Plaintiff's request. Therefore, this case is dismissed with prejudice with each party to bear their own attorneys' fees and costs.

To the extent Court approval would be required under Rule 41(a)(2), the Court will also give it for the reasons given in the motion to dismiss.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 22nd day of January, 2024.

/s/ Terry F. Moorer  
TERRY F. MOORER  
UNITED STATES DISTRICT JUDGE